Argued April 21, affirmed April 21, 1971

STATE OF OREGON, *Respondent, v.*
HOMER CLAY C-56628, *Appellant.*

483 P2d 1311

*Jack E. Collier*, Portland, argued the cause and filed the brief for appellant.

*Jacob B. Tanzer*, Solicitor General, Salem, argued the cause for respondent. With him on the brief was Lee Johnson, Attorney General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and FOLEY, Judges.

AFFIRMED FROM THE BENCH.